UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY M. HEWITT,<br><br>               Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>*Acting Commissioner of Social Security*<br>  *Administration*<br><br>               Defendant. | Case No. CV-17-145-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED IT IS HEREBY ORDERED that the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 450(g).

     Dated this 6th day of March, 2019.

                                            TYLER P. GILMAN, CLERK

                                            By: /s/ Anna Contreraz
                                               Anna Contreraz, Deputy Clerk